ROBINSON, &c. v. SPEED.


This case was argued and heard with the case of Robinson, &c. v. Webb. For the reasons indicated in the opinion rendered in the latter case, the demurrer to the answer of appellants should have been overruled. The facts therein alleged, if true, constitute a valid defense to the action. The judgment is reversed and cause remanded for further proceedings consistent with the foregoing opinion.